**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GRANT W. FREDERICK,       )
      )
      Plaintiff,       )
      )
      v.       )       Civil Action No. 19-0329 (UNA)
      )
DEPARTMENT OF HEALTH AND       )
HUMAN SERVICES, *et al.*,       )
      )
      Defendants.       )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

The Court is mindful that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges that, from February 2017 through February 2018, he "was threatened, [Intimidated], Extorted, Abducted, unlawfully tried, denied Due Process and Robbed" by the defendants, Compl. at 3, nearly all of which are Virginia state or local government entities, *see id.* at 1-2. For alleged violations of rights protected under the First Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution, plaintiff demands $200 million. *Id.* at 3. Missing from the complaint, however, are statements regarding this Court's jurisdiction and factual allegations showing the plaintiff's entitlement to the relief he demands

As drafted the complaint fails to comply with Rule 8(a) and it will be dismissed without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

DATE: February 7, 2019

United States District Judge